**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 99-7627**

─────────

DIMIDROFF HALEY,

                                  Petitioner - Appellant,

        versus

JOHN FANELLO,

                                  Respondent - Appellee.

─────────

Appeal from the United States District Court for the Southern District of West Virginia, at Charleston.  Charles H. Haden II, Chief District Judge.  (CA-99-450, CR-92-20)

─────────

Submitted:  May 25, 2000                Decided:  June 2, 2000

─────────

Before WILLIAMS, MICHAEL, and KING,[*] Circuit Judges.

─────────

Affirmed by unpublished per curiam opinion.

─────────

Dimidroff Haley, Appellant Pro Se.  John Kirk Brandfass, OFFICE OF THE UNITED STATES ATTORNEY, Charleston, West Virginia; Kate L. Mershimer, Williamsport, Pennsylvania, for Appellee.

─────────

[*] Judge King did not participate in consideration of this case.  The opinion is filed by a quorum of the panel pursuant to 28 U.S.C. § 46(d)(1994).

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Dimidroff Haley appeals the district court's order denying relief on his 28 U.S.C. § 2241 (1994) petition.  We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See Haley v. Fanello</u>, Nos. CA-99-450; CR-92-20 (S.D.W. Va. Sept. 10, 1999).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>